# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY )<br>as assignee of INTERMET INTERNATIONAL, INC., )<br>and INTERMET CORPORATION d/b/a Intermet New )<br>River Foundry and d/b/a Intermet Radford Foundry )<br>d/b/a New River Castings, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PA, and AMERICAN GUARANTEE )<br>AND LIABILITY INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | No. 7:06-cv-00462<br>Judge Glen E. Conrad |

## MOTION TO DISMISS

Defendant Liberty Mutual Insurance Company, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures, moves the Court to dismiss this action because the Complaint fails to state a claim upon which relief can be granted against Liberty Mutual Insurance Company. Specifically, Defendant Liberty Mutual Insurance Company moves this Court to dismiss the Complaint as to Liberty Mutual Insurance Company because Liberty Mutual Insurance Company is not a correct party to this Action.

Liberty Mutual Fire Insurance Company, the company that issued the insurance contract that was attached to Plaintiff's Complaint as Exhibit A, appears before this Court as substituted Defendant and moves this Court to dismiss this action because it fails to state a claim against either Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The accompanying Memorandum in Support of this Motion to Dismiss is incorporated by reference as if fully restated herein.

Done this 13th Day of October, 2006.

    Respectfully submitted,
    LIBERTY MUTUAL INSURANCE COMPANY
    LIBERTY MUTUAL FIRE INSURANCE COMPANY


/s/ Robert Tayloe Ross

By Counsel

MIDKIFF, MUNCIE & ROSS, P.C.
Robert Tayloe Ross (VSB No. 29614)
Robert S. Reverski, Jr. (VSB No. 42383)
MIDKIFF, MUNCIE AND ROSS, P.C.
9030 Stony Point Parkway, Suite 160
Richmond, Virginia 23235
(804) 560-9600 - Telephone
(804) 560-5997 – Facsimile
   *Counsel for Defendant Liberty Mutual Insurance Company*
   *And Substituted Defendant Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Stuart M. Brody, Esq. | James C. Turk, Jr., Esq. |
| William J. Sneckenburg, Esq. | Stone, Harrison, and Turk |
| Sneckenberg, Thompson & Brody, LLP | 1007 E. Main Street |
| 161 North Clark Street | P.O. Box 2968 |
| Suite 3575 | Radford, VA 24141/24143-2968 |
| Chicago, Illinois 60601 | Phone: (540) 639-9056 |
| (312) 782-9320 | Fax: (540) 731-4665 |


/s/ Robert Tayloe Ross